Daniel SIEBERT, Petitioner–Appellant,

v.

Richard F. ALLEN, Commissioner, Alabama Department of Corrections, Respondent–Appellee.

No. 06–11841.

United States Court of Appeals, Eleventh Circuit.

Feb. 25, 2008.

Anne Borelli and Leslie S. Smith (Court–Appointed), Fed. Defenders, Fed. Defenders Office, LaJuana S. Davis (Court–Appointed), Equal Justice Initiative of AL, Montgomery, AL, for Siebert.

J. Clayton Crenshaw, Montgomery, AL, Kevin Christopher Newsom, Bradley, Arant, Rose & White, LLP, Birmingham, AL, for Allen.

Before TJOFLAT, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

This case comes to us on remand from the Supreme Court of the United States. *See Allen v. Siebert*, 552 U.S. ——, 128 S.Ct. 2, 169 L.Ed.2d 329 (2007), *rev'g Siebert v. Allen*, 480 F.3d 1089 (11th Cir. 2007). In accordance therewith, we hereby AFFIRM the district court's dismissal of Siebert's federal habeas petition as be-

ing untimely filed pursuant to 28 U.S.C. § 2244(d).

AFFIRMED.